UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JESUS CHURCH MINISTRIES OF
TAMPA INC.,

    Plaintiff,

vs.                                        Case No. 21-cv-02827-KKM-CPT

OHIO SECURITY INSURANCE
COMPANY,

    Defendant.
_____/

**PLAINTIFF JESUS CHURCH MINISTRIES
OF TAMPA, INC.'S, RULE 26(a)(1) INITIAL DISCLOSURES**

Plaintiff, JESUS CHURCH MINISTRIES OF TAMPA, INC. ("Church") pursuant to Fed.R.Civ.P. 26(a)(1), make the following mandatory disclosures:

    A. **Individuals Likely to Have Discoverable Information**

    **The name and, if known, the address and telephone number of each individual likely to have discoverable information – along with the subjects of that information – that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment:**

Corporate Representative for Ohio Security Insurance Company
c/o Defendant's counsel
Subject: the property, claim, and claim investigation.

Corporate Representative for Jesus Church Ministries of Tampa, Inc., Plaintiff
c/o Plaintiff's counsel
Subject: all aspects of the company; the property and its tenants; the loss and loss

reporting; the claim and investigation; Noble Public Adjusting Group's investigation, estimate, and other involvement; and the litigation.

Archbishop Clarence Davis
c/o Plaintiff's counsel
Subject: all aspects of the company; the property and its tenants; the loss and loss reporting; the claim and investigation; Noble Public Adjusting Group's investigation, estimate, and other involvement; and the litigation.

Corporate Representative for Noble Public Adjusting Group, PA
107 Amar Place, Suite 103
Panama City Beach, FL 32413
 (850) 249-6972
Subject: all aspects of its involvement in the claim and litigation, including its investigation, estimate, and communications with the parties.

Corporate Representative of Air Quality Assessors of Florida
P.O. Box 162261
Altamonte Springs, FL 32716
(407) 233-0493
Subject:  all aspects of its involvement in the claim and litigation, including its investigation and Indoor Environmental Assessment

Defendant's Field Adjuster
c/o Defendant's counsel
Subject: the property, claim, and claim investigation.

Any other individuals disclosed by Defendant

### A. Description of Documents

**A copy – or description by category and location – of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:**

- The subject policy, no. BKS(21) 56747293, including its endorsements
- Noble Public Adjusting Group estimate (anonymous), 5/13/2021

- Noble Public Adjusting Group photographs (anonymous), 5/13/2021
- AQA Indoor Environmental Assessment(by Robert RamaSanto)
- AQA Photographs
- Pre-suit correspondence between the parties and/or their representatives
- Estimates relating to work yet to be done
- Any other documents disclosed by Defendant

The above documents are located with Plaintiff and its counsel.

B. **Computation of Damages**

**A computation of each category of damages claimed by the disclosing party – who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based including materials bearing on the nature and extent of injuries suffered:**

| | |
|---|---:|
| Repair damage to property based upon Noble Estimate | $436,261.61 |
| Repair to other structures | $0.00 |
| Loss of Use/Business Interruption | $34,282.00 |
| Contents | $0.00 |
| **TOTAL DAMAGES** | **$470,543.61** |

C. **Insurance**

**For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy judgment:**

Only the subject policy identified above in section B.

Dated: January 24, 2022

        By: /s/ Lynn A. Brauer
        Lynn A. Brauer, Esq.
        FBN: 0467420
        Florida Insurance Law Group, LLC
        8724 Sunset Drive, # 260
        Miami, FL 33173
        pleadings@flinslaw.com
        lynn@flinslaw.com
        Attorney for Plaintiff