UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JESUS CHURCH MINISTRIES
OF TAMPA INC.,

    Plaintiff,

vs.                                    Case No. 21-cv-02827

OHIO SECURITY
INSURANCE COMPANY,

    Defendant.
_____/

**<u>DEFENDANT OHIO SECURITY INSURANCE COMPANY'S
NOTICE OF SERVICE OF FIRST SET OF
INTERROGATORIES TO PLAINTIFF</u>**

TO:   Lynn Brauer
        Florida Insurance Law Group, LLC
        8724 Sunset Drive #260
        Miami, Florida 33173
        pleadings@flinslaw.com
        lynn@flinslaw.com
        Attorneys for Plaintiff

Defendant Ohio Security Insurance Company ("Ohio Security") requests that Plaintiff Jesus Church Ministries of Tampa Inc. ("Plaintiff") answer interrogatories within 30 days.

        BUTLER WEIHMULLER KATZ CRAIG LLP

        s/ Paul Hudson Jones II
        J. PABLO CÁCERES
        Florida Bar No.: 131229
        pcaceres@butler.legal
        PAUL HUDSON JONES II
        Florida Bar No.: 44290
        hjones@butler.legal
        Secondary: cjenkins@butler.legal
        400 N. Ashley Drive, Suite 2300
        Tampa, Florida 33602
        Telephone:  (813) 281-1900
        Facsimile:   (813) 281-0900
        Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I certify that a copy has been served on:

    Lynn Brauer
    Florida Insurance Law Group, LLC
    8724 Sunset Drive #260
    Miami, Florida  33173
    pleadings@flinslaw.com
    lynn@flinslaw.com
    Attorneys for Plaintiff

by Electronic Service on January 28 2022.

        s/ Paul Hudson Jones II
        PAUL HUDSON JONES II

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JESUS CHURCH MINISTRIES
OF TAMPA INC.,

    Plaintiff,

vs.                                              Case No. 21-cv-02827

OHIO SECURITY
INSURANCE COMPANY,

    Defendant.
_____/

## **DEFENDANT OHIO SECURITY INSURANCE COMPANY'S FIRST SET OF INTERROGATORIES TO PLAINTIFF**

1. Identify each and every person who provided information, was consulted, or participated in the preparation of your answers to these interrogatories.

    **ANSWER:**

2. Identify all individuals who have knowledge of the facts related to your loss. Include in your answer the name, address, and telephone number for each individual and describe all facts known by each individual.

    **ANSWER:**

3. State the total monetary amount of contractual damages under the Policy that you contend are related to the loss to the insured property and owed by Ohio Security. Do not include attorney's fees, costs, or interest in your answer.

**ANSWER:**

4. Do you contend that the interior of the insured property was damaged during the loss? If your answer is yes, state the amount you claim for damages to the interior related to the loss.

**ANSWER:**

5. Do you contend that the roof of the insured property was damaged during the loss? If your answer is yes, state the amount you claim for damages to the roof related to the loss.

**ANSWER:**

6. Has any individual inspected the insured property for you after the loss? If your answer is yes, identify the name, company, address, and telephone number for each individual and the date of the inspection. Do not include in your answer individuals who inspected for Ohio Security.

**ANSWER:**

7. Has any individual performed repairs to the insured property after the loss? If your answer is yes, describe with specificity all repairs to the insured property after the loss, including the name of the individual or entity that performed the repairs, the scope of the repairs, the cost of the repairs, and the amount spent by you for the repairs.

**ANSWER:**

8. Are you claiming damages to Personal Property related to the loss under the Policy? If your answer is yes, state the specific amount of your Personal Property claim.

**ANSWER:**

9. Identify with specificity the loss of use that you have incurred as set forth in Section B of your Rule 26 initial disclosures.

**ANSWER:**

10. Do you contend that the roof of the insured property needs to be replaced? If your answer is yes, explain why it needs to be replaced.

**ANSWER:**

11. Before you reported the loss to Ohio Security on November 16, 2020, did any individual perform repairs to the insured property?

   **ANSWER:**

12. Have you spent any money after the loss to repair or replace damaged property as recommended in the Noble Public Adjusting Group estimate (estimate C-2044_SH_JESUS) sent to Ohio Security in support of the loss. If your answer is yes, identify the scope of the repair or replacement, the amount of money you spent on the repair or replacement, and the specific line item number in the estimate that you spent money on to repair or replace property.

   **ANSWER:**

13. Identify any purported assignment(s) signed by you related to the loss. Include the name, title, occupation, address, and telephone number of any person with knowledge of the assignment.

   **ANSWER:**

14. Did The Kidwell Group LLC dba Air Quality Assessors of Florida perform any work for you related to the loss? If your answer is yes, specifically describe all work performed by The Kidwell Group LLC dba Air Quality

6

Assessors of Florida, including the name of the individual who performed the work, the scope of the work, and the cost of the work.

**ANSWER:**


15. Have you paid The Kidwell Group LLC dba Air Quality Assessors of Florida for work performed related to the loss? If your answer is yes, state the amount you paid to The Kidwell Group LLC dba Air Quality Assessors of Florida for work performed related to the loss.

**ANSWER:**


16. Have you reported any other property claims to any other insurance carrier in the last 7 years?

**ANSWER:**


17. Do you contend that a windstorm damaged the insured property and caused the loss alleged in paragraph 12 of the Complaint?

**ANSWER:**


18. Please state which "covered peril" under the insurance policy you contend caused the loss alleged in paragraph 12 of the Complaint.

**ANSWER:**

19. How old was the roof at the insured property on the alleged date of loss?

**ANSWER:**

_____
JESUS CHURCH MINISTRIES OF TAMPA INC.

**ACKNOWLEDGMENT**

STATE OF _____

COUNTY OF _____

The foregoing document was acknowledged before me by means of ☐ physical presence or ☐ online notarization, this _____ day of _____, 2022, by _____. He/she ☐ is personally known to me or ☐ has produced _____* as identification, and acknowledged to me that he/she read the foregoing answers to first interrogatories from Defendant, that are true and correct, and who has acknowledged to me that he/she executed the same as his/her free act and deed.

SWORN TO AND SUBSCRIBED before me, this _____ day of _____, 2022.

*List type of identification produced or "N/A," whichever is applicable.

_____
NOTARY PUBLIC
State of _____ at Large
My Commission Expires: